FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANE STEELE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OUTPUT SERVICES GROUP, INC., a<br>New Jersey company,<br><br>Defendant. | No. 2:25-CV-00100-SAB<br><br><br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation and Request for Order of Dismissal with Prejudice, ECF No. 8. Plaintiff is represented by Clive A. Pontusson and Kaitlyn M. Gould. Defendant is represented by Kristofer T. Noneman and Laurence A. Shapero.

The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

//

**ORDER OF DISMISSAL * 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 6th day of November 2025.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** * 2